■ MARILYN C. HEANEY, Individually and as Custodial Parent of MARK HEANEY and Another, et al., Respondents, v JOSEPH L. HEANEY, Appellant.— In an action by the plaintiff wife to enforce the provisions of a separation agreement which, *inter alia,* relate to the defendant husband's obligation to provide a college education for one of the children of the marriage, defendant appeals, as limited by his notice of appeal and brief, from so much of a judgment of the Supreme Court, Westchester County, entered June 8, 1978, as awarded plaintiff a counsel fee in the sum of $7,500. Judgment modified, on the facts, by reducing the counsel fee awarded to plaintiff in the fourth decretal paragraph thereof to $3,000. As so modified, judgment affirmed insofar as appealed from, without costs or disbursements. The counsel fee awarded was excessive to the extent indicated herein. Damiani, J. P., Titone, Margett and Mangano, JJ., concur. [93 Misc 2d 811.]

■ HILLDALE ESTATES SEWERAGE DISPOSAL CORPORATION, Appellant, v TOWN OF CARMEL et al., Respondents, and HILLDALE ESTATES HOMEOWNERS ASSOCIATION, Intervenor-Respondent.—In a proceeding pursuant to CPLR article 78, *inter alia,* to review the sewer rate set by the respondent town board, petitioner appeals from a judgment of the Supreme Court, Putnam County, dated July 25, 1978, which, *inter alia,* determined that the actions of the town board in setting the rate were not arbitrary or capricious. Judgment affirmed, with $50 costs and disbursements payable to respondents-respondents. We do not agree with the statement of Special Term that the petitioner could maintain a civil suit against the individual property owners. Suozzi, J. P., Lazer, Gulotta, Shapiro and Cohalan, JJ., concur.